Jacob C. Jones (#029971)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6562
Facsimile: 602.382.6070
E-Mail: jcjones@swlaw.com
Attorneys for Defendant Equifax Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| GEORGE KRZYSTOFCZYK and DOLORES KRZYSTOFCZYK,<br><br>    Plaintiff,<br><br>v.<br><br>DEER VALLEY CREDIT UNION, EQUIFAX INC., and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>    Defendants. | No.<br><br>**NOTICE OF REMOVAL** |

    Defendant, Equifax Inc., by Counsel, hereby gives Notice of Removal of this action from the Manistee Justice Court, Maricopa County, Arizona, wherein it is now pending as Case No. CC15-178066, to the United States District Court for the District of Arizona. This Notice of Removal is filed pursuant to 28 U.S.C. §§ 1441 and 1446. In support hereof, Defendants show this Court as follows:

    1.  An action was filed on September 17, 2015 in the Manistee Justice Court, Maricopa County, Arizona, entitled *Krzystofczyk, et al. v. Deer Valley Credit Union, et al.* Case No. CC15-178066 (the "State Court Action").

    2.  Equifax Inc. was served with the Complaint on September 25, 2015.

    3.  This Notice is being filed with this Court within thirty (30) days after Equifax Inc. was served with a copy of Plaintiffs' initial pleading setting forth the grounds their action and their claims for relief.

22781403

4. This Court has original jurisdiction over this case pursuant to 28 U.S.C. § 1331, in that this is a civil action arising under the Constitution, laws or treaties of the United States; specifically 15 U.S.C. § 1681 *et seq.*, otherwise known as the Fair Credit Reporting Act ("FCRA"), as follows:

 (a) Plaintiff's Complaint, on its face, alleges a violation of the FCRA. (*See* Plaintiff's Complaint).

 (b) The FCRA, pursuant to 15 U.S.C. § 1681(p), provides that any action alleging a violation of its provisions "may be brought in any appropriate United States district court without regard to the amount in controversy . . ."

5. Promptly after the filing of this Notice of Removal, Equifax Inc. shall give written notice of the removal to Plaintiff and to the Manistee Justice Court, Maricopa County, Arizona, as required by 28 U.S.C. § 1446(d).

6. Attached hereto, as Exhibit 1, are copies of the Summons and Complaint served upon Equifax Inc. in the State Court Action.

7. Attached hereto, as Exhibit 2, are copies of the Consent to Removal of co-defendants Deer Valley Credit Union and Experian Information Solutions, Inc.

WHEREFORE, Equifax Inc. requests that the above-described action be removed to this Court.

DATED this 26th day of October, 2015.

      SNELL & WILMER L.L.P.

      By: *s/Jacob C. Jones*
       Jacob C. Jones
       One Arizona Center
       400 E. Van Buren, Suite 1900
       Phoenix, Arizona 85004-2202
       Attorneys for Plaintiff Equifax Inc.

**LR Civ 3.6(b) Verification**

I verify that Exhibit 1 contains a true and correct copy of all pleadings and other documents filed in the State Court proceeding.
Dated: October 26, 2015     By: *s/Jacob C. Jones*

- 2 -

22781403

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of October, 2015, I electronically transmitted the foregoing document and any attachments to the U.S. District Court Clerk's Office using the CM/ECF System for filing and caused to be mailed via U.S. Mail, postage prepaid, to the last known address of the parties or their attorneys, as follows:

Kevin Fallon McCarthy
Ashley Tuchman
McCarthy Law PLC
4250 North Drinkwater Blvd., Suite 320
Scottsdale, AZ 85251

*s/Kathy Sprinkle*

22781403