# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| George Krzystofczyk, et al., | No. CV-15-02154-PHX-DLR |
| Plaintiffs, | **ORDER** |
| v. | |
| Deer Valley Credit Union, et al., | |
| Defendants. | |

The Court, having reviewed the parties' Stipulation for Dismissal with prejudice as to Equifax, Inc., and Experian Information Solutions, Inc. (Doc. 40), and good cause appearing,

**IT IS ORDERED** that the stipulation is **granted**. This action is dismissed with prejudice as to Defendant Equifax, Inc. and Experian Information Solutions, Inc., with each party to bear its own attorneys' fees and costs.

Dated this 6th day of April, 2016.

Douglas L. Rayes
United States District Judge